**Opinion issued September 12, 2013**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-13-00534-CV**

_____

**AMIKO KAUDERER, Appellant**

**V.**

**GRACE E. DEVER, Appellee**

**On Appeal from the 56th District Court**
**Galveston County, Texas**
**Trial Court Case No. 11-CV-1907**

## MEMORANDUM OPINION

Appellant, Amiko Kauderer, has filed a "Notice of Withdrawal of Appeal," in which she states that she "withdraws her notice of appeal." The Court construes this notice as a motion to dismiss the appeal. No other party has filed a notice of appeal, and no opinion has issued. Further, although appellant failed to include a

certificate of conference, more than 10 days have passed and no party has responded to the notice.  *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.